

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Linlor<br><br>Plaintiff,<br>V.<br><br>Futero, Inc.<br><br>Defendant. | Civil Action No. 17cv218-MMA(BLM)<br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants in part Plaintiff's motion for default judgment against Defendant Futero, Inc. The Court directs the Clerk of Court to enter judgment against Defendant Futero, Inc., and in favor of Plaintiff in the total amount of $8,000.00.

Date: 7/17/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ R. Chapman

R. Chapman, Deputy